In the Matter of the Accounting of the SYRACUSE TRUST COMPANY as Trustee under the Will of FRANK A. GARRETT, Deceased.

SYRACUSE TRUST COMPANY, as Trustee, et al., Respondents; G. EVERETT DEMORE, as Executor of MINNIE S. GARRETT, Deceased, Appellant.

Argued April 9, 1940; decided April 23, 1940.

*G. Everett DeMore,* as executor, appellant.

*Joseph M. Meatyard* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ.   Taking no part: SEARS and LEWIS, JJ.